1102

No. 81–5593.   SELLARS *v.* PROCUNIER ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–5596.   VECCHIO *v.* DORFMAN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–5598.   GREEN *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 81–5599.   BELL *v.* FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 81–5608.   GUZMAN *v.* HONGISTO ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 81–5609.   HALL *v.* JAGO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–5611.   FOWLER *v.* GARRAHY, GOVERNOR OF RHODE ISLAND, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 81–5631.   HOOKS *v.* BUTTERWORTH.   C. A. 1st Cir.   Certiorari denied.

No. 81–5654.   WILLIAMS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5672.   ALLEN *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 81–5681.   BABBE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–5689.   MOORE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5692.   BEAMAN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–5693.   CAMPBELL *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 81–5697.   WILKENS ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.